E-Filed 3/17/16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALBERTO LAINEZ, et al.,

           Plaintiffs,

    v.

CITY OF SALINAS, et al.,

           Defendants.

Case No.  14-cv-04311-EJD   (HRL)

**INTERIM ORDER ON DISCOVERY DISPUTE JOINT REPORT 2**

Re: Dkt. No. 37

Plaintiffs filed Discovery Dispute Joint Report ("DDJR") 2.  Dkt. No. 37.  Plaintiffs assert Monterey County refused to comply with a subpoena and refused to discuss the discovery dispute in person as required by the undersigned's standing order.  Dkt. No. 37 at 1-3.

The undersigned's standing order does, as Plaintiffs assert, require non-parties to meet parties in person in order to discuss discovery disputes.  A non-party's refusal to meet with a party provides a sufficient justification for this court to enter an order that resolves the discovery dispute against the non-party.

Plaintiffs, however, did not serve a copy of the DDJR on Monterey County.  Dkt. No. 37 at 9.  Plaintiffs shall serve a copy of DDJR 2 and a copy of this order on Monterey County no later than March 21, 2016.  Plaintiffs shall also file a proof of service no later than March 21, 2016.

**IT IS SO ORDERED.**

Dated: 3/17/16

_____
HOWARD R. LLOYD
United States Magistrate Judge

United States District Court
Northern District of California