UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERTO LAINEZ, et al.,<br>        Plaintiffs,<br>    v.<br>CITY OF SALINAS, et al.,<br>        Defendants. | Case No.  5:14-cv-04311-EJD<br><br>**PRETRIAL ORDER (JURY)** |

The parties to the above-entitled action appeared for a Trial Setting Conference on May 9, 2016. Based on the parties' Joint Trial Setting Conference Statement and the discussions held at the conference, the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the following amended deadlines shall apply to this case: (1) the deadline for completion of fact discovery is extended to September 1, 2016; and (2) the deadline for completion of expert discovery is extended to September 30, 2016. The deadline to file motions to compel discovery shall be as provided in Civil Local Rule 37-3.

IT IS FURTHER ORDERED that this action is scheduled for a Status Conference at **10:00 a.m. on September 8, 2016.** The parties shall file a Joint Status Conference Statement providing an update on the progress of discovery and any other relevant matter, including the status of Plaintiffs' efforts to obtain travel documents, on or before **September 1, 2016.**

IT IS FURTHER ORDERED that pursuant to ADR Local Rule 7-2, this action is REFERRED to Magistrate Judge Nathanael Cousins for a settlement conference to occur no later than **September 30, 2016.** The parties are instructed to contact Judge Cousins' Courtroom Deputy to arrange a date and time for the conference.

IT IS HEREBY ORDERED that the following pretrial and trial schedule shall apply to this case, which will be confirmed at the September 8th Status Conference:

| EVENT | DATE |
|---|---|
| Final Pretrial Conference | 10:00 a.m. on October 18, 2016 |

| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | October 4, 2016 |
|---|---|
| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms | October 7, 2016 |
| Jury Selection | 9:00 a.m. on November 8, 2016 |
| Jury Trial[1] | November 8-9, 2016; November 10; 2016 (p.m. only); November 14, 2016 (a.m. only); November 15-16, 2016; November 17, 2016 (p.m. only); November 18, 2016; November 21, 2016 (a.m. only) |
| Jury Deliberations | November 22-23, 2016 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

The court advises the parties that this is the **final case schedule.** All parties are expected to comply as directed above. This schedule will not be amended further absent the presentation of good cause necessitating such an amendment.

**IT IS SO ORDERED.**

Dated: May 10, 2016

EDWARD J. DAVILA
United States District Judge

---

[1] Jury trials will are held in full day sessions on Tuesdays, Wednesdays and Fridays, unless the Court specifies otherwise. On the date set for jury selection, counsel should be prepared to commence trial proceedings immediately after a jury is identified. The final trial schedule will be confirmed at the Final Pretrial Conference.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

2
Case No.: 5:14-cv-04311-EJD
PRETRIAL ORDER (JURY)