Venus J. Azar, M.D.
Board Certified Forensic Pathologist
656 View Ridge Drive, Pacifica, CA 94044



DEPONENT'S RESPONSE TO PLAINTIFF'S DISCOVERY DISPUTE JOINT
REPORT # 3

Re: Case No. **5:14-cv-04311-EJD**

May 10, 2017

United States District Court for the Northern District of California, San Jose Division
Robert F. Peckham Federal Building & United States Courthouse
280 South 1st Street, Room 2112, San Jose, CA 95113

Your Honor,

The purpose of this letter is to request the court's assistance in enforcing discovery procedures in the matter of Lainez v. City of Salinas Case No. 5:14-vc-04311-EJD.

I was subpoenaed to appear and testify at a pre-trial discovery deposition in this matter. When I received the subpoena, there was also a letter from Mr. Dolan's firm stating that I would be compensated at my usual and customary fee, which is $750.00 an hour. I appeared and testified at the deposition. After the deposition, Mr. Dolan said that he did not have his checkbook with him and directed his associate, Cristina Garcia, to give me her business card and make arrangements to pay me. When I subsequently contacted Ms. Garcia, she told me that she had to consult with Mr. Dolan about the matter. After multiple unsuccessful follow-up attempts to reach Ms. Garcia, I was told that I had to speak to Mr. Dolan's assistant, Guillermo Bustillo. I exchanged emails with Mr. Bustillo and sent Mr. Dolan my invoice for $6,000.00 for eight hours of my time. I subsequently received an email from Mr. Bustillo with a letter from Mr. Dolan, in which Mr. Dolan offered to pay me $1,240.95, stating that he was subtracting the cost he incurred serving the subpoena. I declined his offer. I asked for payment in full, and mailed my invoice to Mr. Dolan's office. He has not responded to my requests for settlement of this account.

I look to the court to exercise its jurisdiction pertaining to matters of discovery and direct Mr. Dolan to comply with his promise to pay me my usual and customary fee, the amount of $750.00 an hour for the eight hours spent attending the deposition, a total amount of $6,000.00. Attached to this letter are copies of my communications with Mr. Dolan and his staff. I would also like to call the court's attention to pages 143-144, lines 21-1 of the deposition transcript dated April 15, 2016 in which Mr. Dolan directs his associate to arrange to pay me.

Sincerely,

*Venus Azar, MD*
Venus Azar, M.D.

Venus J. Azar, M.D<br>
656 View Ridge Drive<br>
Pacifica, CA 94044<br>
(503) 784-1471<br>
venusazar@hotmail.com

December, 7, 2016

Dolan Law Firm, PC
The Dolan Building
1438 Market Street
San Francisco, CA. 94102

Dear Mr. Dolan,

Thank you for taking time from your busy schedule to address the matter of compensation with me. I can understand that locating and serving witnesses can be a frustrating experience. But with all due respect, I am not responsible for the number of attempts that your agents made to serve me. For this reason, your offer dated May 31, 2016 to pay me the reduced amount of $1,240.95 is not consistent with your original representation as noted in the following paragraph. To avoid this in the future, I will accept service via postal mail or email from your office.

In the meantime, I look to you to fulfill the representations made in the letter from your firm, dated March 23, 2016, in which Aimee Kirby, Esq. stated "We have indicated that we will be paying your hourly/daily fee as well as mileage for travel to the deposition location." I would also call your attention to page 147 of the deposition transcript dated April 15, 2016, in which at the conclusion of the deposition you stated that you did not have an invoice from me, whereupon your associate, Ms. Garcia, stated that she had given me her card and that I was going to email her my standard rate.

I subsequently spoke to Ms. Garcia, who told me that I needed to take the matter of payment up with you directly. However, when I tried to speak with you as instructed, I was repeatedly told by your staff that I could not speak with you, and I was instead referred to your assistant Guillermo, with whom I spoke and to whom I subsequently sent an invoice in July 2016. For your convenience, I have attached another copy of the invoice to this letter.

The amount of time that I spent on the deposition was eight hours, which includes traveling to and from, waiting, and then testifying at the deposition. My hourly fee is $750, for a total amount due of $6,000. In light of the fact that I have been attempting to get paid for several months, please send me a check for this amount within 30 calendar days from receipt of this letter.

Sincerely,

Venus J. Azar, M.D.

12/5/2016
Case 5:14-cv-04311-EJD   Document 83   Filed 05/10/17   Page 3 of 7
Your Deposition - venus azar

# Your Deposition

bpraet@aol.com

Tue 5/31/2016 6:05 PM

Inbox

To:venusazar@hotmail.com <venusazar@hotmail.com>;

📎  1 attachments (312 KB)

4-15-16 VENUS AZAR, M.D. Condensed.pdf;

Dr. Azar -

Here is a copy of your deposition transcript which you should retain for refreshing your memory for trial. With respect to the lack of payment from the Dolan firm, you may wish to refer to page 142 of your transcript and send them the "invoice" they referenced.

Bruce Praet

|  |  |  |
|---|---|---|
| THE DOLAN BUILDING<br>1438 MARKET STREET<br>SAN FRANCISCO, CA 94102 | **CBD**<br>**DOLAN LAW FIRM, PC** | CHRISTOPHER B. DOLAN, ESQ.<br>(415) 421-2800 TEL<br>(415) 421-2830 FAX |

May 31, 2016

**VIA Certified Mail**
Venus Azar
656 Viewridge Drive
Pacifica, CA 94044

Re: *Lainez, et al v. Salinas Police Department, et al.*
   US District Court, Northern District of California, Case No. 5:14-cv-4311 EJD

Dear Dr. Azar:

I am in receipt of your recent request for payment. I have the following proposition for you. It was very difficult serving you. We sent people to serve you and they would hear people inside, but no one would answer. Finally when you were served, your "representative" was quite reluctant to cooperate. I know that he is a police officer, but it would have been so much easier if you had cooperated with us. We had a motion for sanctions on for $4,759.05 for the expense in serving you. We took the motion off calendar when we got your cooperation. You wish $6,000.00 for your deposition. Instead of seeking recovery of our $4,759.05 I will pay you the balance of $1,240.95 for your time.

If you agree to cooperate with us in the future, should your testimony be needed for trial, we will pay you your regular expert witness rate.

If this is agreeable please confirm.

Sincerely,

DOLAN LAW FIRM, PC

*DICTATED BUT NOT READ*
*TO EXPEDITE DELIVERY*

Christopher B. Dolan, Esq.
CBD/jr

# Please forward to Chris Dolan

venus azar

Fri 7/1/2016 12:35 AM

To: Guillermo Bustillo <guillermo.bustillo@cbdlaw.com>;

📎 1 attachments (33 KB)

Invoice Dolan Law Firm.doc;

Dear Mr. Dolan,

 Thank you again for taking time from your busy schedule to address the matter of compensation with me. On the second of June, I responded to your letter dated the 31st of May that your assistant Guillermo forwarded to me, in which you offered to pay me $1,249.95 for the time spent in traveling to and from and attending the deposition in the matter of Lainez et. al v Salinas Police Department, et.al. As I mentioned in my reply to your letter, I can understand that locating and serving witnesses can be a frustrating experience. However, I am not responsible for the number of attempts that your agents made to serve me. To avoid this in the future, I will accept service via postal mail or email from your office.

 For your convenience, I have attached an invoice for the amount due. Please let me know if I can be of any further assistance, and when I can expect payment.

  Sincerely,

  Venus J. Azar, M.D.

---

From: venusazar@hotmail.com
To: guillermo.bustillo@cbdlaw.com
Subject: RE: Letter from Chris Dolan
Date: Fri, 3 Jun 2016 22:40:47 +0000

Thank you. I have attached a response letter.

---

Date: Thu, 2 Jun 2016 14:02:13 -0700
Subject: Letter from Chris Dolan
From: guillermo.bustillo@cbdlaw.com
To: venusazar@hotmail.com

Attached.

Guillermo Bustillo
Executive Assistant

**The Dolan Law Firm**

INVOICE for DEPOSITION

Payable To:       Venus Azar, M.D

Address:           656 View Ridge Drive, Pacifica CA, 94044

Attention:
The Dolan Law Firm
1438 Market Street
San Francisco, CA 94102

Re: Alberto Lainez and Lidia Guardado Mejia vs. City of Salinas, et al.

Decedent: Osmar Hernandez Guardado

United States District Court Northern District of California

No. 5:14-cv-04311-EJD

Deposition Location: Courtyard Marriott, 1727 Technology Drive, San Jose, CA 95110

Date of Deposition: April 15, 2016

| Service: | Time: | FEE: ($750 per hour) |
|---|---|---|
| Travel | 2.5 hour | $1,875.00 |
| Preparation: | --------- | |
| Consultation: | --------- | |
| Testimony: | 5.5 hours | $4,125.00 |

                    AMOUNT DUE:   $6,000.00

